**E-Filed 5/6/2010**

1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SRINIVASAN RAMANUJAM, an          )   **CASE NO. C09-03030 JF**
    individual,                       )
12                                    )
               Plaintiff,             )   **[[PROPOSED] ORDER**
13                                    )
          vs.                         )
14                                    )
                                      )
15  REUNION MORTGAGE, INC., a         )
    California corporation; CITIMORTGAGE, )
16  INC., a Delaware corporation; CITIBANK, )
    a national banking association; and DOES )
17  1 through 10, inclusive,          )
                                      )
18             Defendants.            )
                                      )
19  _____  )

20          **TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

21          Based upon the stipulation of the parties, with good cause appearing, IT IS ORDERED that the

22  scheduling conference now scheduled for May 7, 2010, is hereby continued to May 28, 2010, at 9:00 am

23  in courtroom 3 of the U.S. District Court for the Northern District of California located at 280 South 1st

24  Street, San Jose, CA 95113.

25          IT IS SO ORDERED.

26

27

28  DATED:  5/5/2010

    _____
    JUDGE OF THE U.S. DISTRICT COURT

    _____
    C09-03030 JF                    1              [PROPOSED] ORDER