**E-Filed 9/27/2010**

SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
ANDREW W. NOBLE (State Bar No. 245993)
awn@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
REUNION MORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRINIVASAN RAMANUJAM, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REUNION MORTGAGE, INC., a California corporation; CITIMORTGAGE, INC., a Delaware corporation; CITIBANK, N.A.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.:  5:09-cv-03030-JF (HRL)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 16-10; [PROPOSED] ORDER**<br><br>Judge:　　The Hon. Jeremy Fogel<br><br>CMC:　　　October 1, 2010<br>Time:　　　10:30 AM<br>Courtroom:　3, 5th Floor<br><br>Action Filed: July 6, 2009<br>Trial Date:　None Set |

Pursuant to Civil Local Rule 16-10, counsel for defendant Reunion Mortgage, Inc., respectfully requests leave to participate by telephone in the case management conference scheduled for **October 1, 2010**.

DATED: September 24, 2010     SEVERSON & WERSON
A Professional Corporation

By: _____/ S / M. Elizabeth Holt_____
                M. Elizabeth Holt

Attorneys for Defendant
REUNION MORTGAGE, INC.

IT IS SO ORDERED.

DATED: 9/27/2010

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE