**E-Filed 11/9/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRINIVASAN RAMANUJAM, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REUNION MORTGAGE, INC., a California corporation; CITIMORTGAGE, INC., a Delaware corporation; CITIBANK, a national banking association; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. C09-03030 JF<br><br>[PROPOSED] ORDER (AS MODIFIED BY COURT) |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

Based upon the stipulation of the parties, with good cause appearing, IT IS ORDERED that the hearing on defendant REUNION MORTGAGE, INC.'s motion for summary judgment, now scheduled for December 3, 2010, is hereby continued to January 14, 2011, at ~~10:00~~ 9:00 am in courtroom 3 of the U.S.

/ / /

/ / /

/ / /

/ / /

/ / /

---

C09-03030 JF　　　　　　　　　　　　　　1　　　　　　　　　[PROPOSED] ORDER

1  District Court for the Northern District of California located at 280 South 1st Street, San Jose, CA
2  95113.
3         IT IS SO ORDERED.

6  DATED: 11/9/2010

_____
JUDGE OF THE U.S. DISTRICT COURT