**Stuart B. Wolfe (SBN 156471)**
**Brian H. Gunn (SBN 192594)**
bhgunn@wolfewyman.com
**Marcus T. Brown (SBN 255662)**
mtbrown@wolfewyman.com
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendants**
**CITIMORTGAGE, INC.; and CITIBANK, N.A.**

\*\*E-Filed 1/10/2011\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SRINIVASAN RAMANUJAM, an individual, <br><br>          Plaintiff, <br><br>    v. <br><br> REUNION MORTGAGE, INC., a California corporation; CITIMORTGAGE, INC., a Delaware corporation; CITIBANK, a national banking association; and DOES 1 through 10, inclusive, <br><br>          Defendants. | Case No.: 5:09-cv-03030-JF-HRL <br><br> **STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** <br><br> Date:   January 14, 2011 <br> Time:   9:00 a.m. <br> Place:  Courtroom 3, 5th Floor <br> Judge:  Hon. Jeremy Fogel |

COME NOW Plaintiff SRINIVASAN RAMANUJAM and Defendants CITIBANK, N.A., CITIMORTGAGE, INC., and REUNION MORTGAGE, INC. and hereby stipulate as follows and request that the Court enter the proposed order set forth below continuing the hearing on Defendants' respective motions for summary judgment to January 21, 2011.

### STIPULATION

The parties hereby stipulate as follows.

WHEREAS REUNION MORTGAGE, INC. filed a motion for summary judgment which is scheduled to be heard at 9:00 a.m. on January 14, 2011;

///

1
**STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT**
W:\CitiMtg, Inc. - CMI (1133.003)\357 (Ramanujam)\Pleadings\Stip to Cont MSJ-[prop] Ord.doc

**1**  WHEREAS CITIBANK, N.A. and CITIMORTGAGE, INC. filed a motion for summary

**2**  judgment which is scheduled to be heard at the same time;

**3**  WHEREAS Plaintiff has filed his opposition to these motions;

**4**  WHEREAS the defendants have filed their respective replies to Plaintiff's opposition; and

**5**  WHEREAS the attorney for CITIBANK, N.A. and CITIMORTGAGE, INC. who is

**6**  responsible for the hearing on their motion is scheduled to be in Irvine on business on January 14,

**7**  2011 at the time of the hearing of these motions,

**8**  NOW, THEREFORE, the parties stipulate and agree that the hearing on both motions for

**9**  summary judgment shall be continued to January 21, 2011.

**10**  IT IS SO STIPULATED.

**11**  DATED: January 7, 2011                    WOLFE & WYMAN LLP

**13**  By: /s/ Marcus T. Brown
       STUART B. WOLFE
       BRIAN H. GUNN
       MARCUS T. BROWN
       **Attorneys for Defendants**
       **CITIMORTGAGE, INC.; and CITIBANK, N.A.**

**17**  DATED: January 7, 2011                    LAW OFFICE OF AIDAN W. BUTLER

**19**  By: /s/ Aidan W. Butler
       AIDAN W. BUTLER
       **Attorney for Plaintiff**
       **SRINIVASAN RAMANUJAM**

**22**  DATED: January 7, 2011                    SEVERSON & WERSON, APC

**24**  By: /s/ M. Elizabeth Holt
       SUNNY S. HUO
       ANDREW W. NOBLE
       M. ELIZABETH HOLT
       **Attorneys for Defendant**
       **REUNION MORTGAGE, INC.**

**ORDER**

Based on the foregoing stipulation and good cause appearing, the Court ORDERS that the hearing on both pending motions for summary judgment shall be and hereby is continued to January 21, 2011 at 9:00 a.m. in Courtroom 3, 5th floor of the court located at 280 South First Street, San Jose, California 95113.

IT IS SO ORDERED.

DATED: 1/10/2011

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE